UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ILYA LIVIZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 20-1771 (UNA) |
| | ) |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

FILED
JUN 30 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## MEMORANDUM OPINION

Plaintiff purports to bring this action on behalf of a class of individuals who allegedly are subjected to unfair and deceptive regulations promulgated by the Financial Industry Regulatory Authority. "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel[.]" 28 U.S.C. § 1654. Plaintiff is not an attorney, and therefore, he may not represent the interests of others in this court or represent a class of plaintiffs. *See Tracy v. Kratovil*, 798 F. App'x 665 (D.C. Cir. 2020) (per curiam); *DeBrew v. Atwood*, 792 F.3d 118, 132 (D.C. Cir. 2015); *Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984); *Daigle v. Karnes*, No. 10-1264, 2010 WL 3294069, at *1 (D.D.C. Aug. 21, 2010). Accordingly, the Court will grant the application to proceed *in forma pauperis*, dismiss the complaint without prejudice, and deny the motion for injunctive relief as moot. An Order is issued separately.

DATE: June 30, 2020

/s/
EMMET G. SULLIVAN
United States District Judge