UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
JUN 30 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| ILYA LIVIZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-1771 (UNA) |
| ) | |
| FINANCIAL INDUSTRY REGULATORY ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the plaintiff's motion for injunctive relief [3] is DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.

SO ORDERED.

DATE: June 30, 2020

/s/
EMMET G. SULLIVAN
United States District Judge